Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:    408/264-8489
Facsimile:    408/264-8487
E-Mail:       Don@DKLawOffice.com

Attorney for Plaintiff
WILLIAM J. EDWARDS

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Fax: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants
ERIC HOLDER, ROBERT MUELLER, III, and UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC HOLDER, as United States Attorney General, et al.,<br><br>    Defendants. | CASE NO. C 13-2898 SI<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

## STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff William J. Edwards and Defendants Eric Holder, Robert Mueller, III, and United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will

bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: 12/19/2013

DONALD E.J. KILMER, JR.
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 12/20/13

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 12/26/13

HONORABLE SUSAN ILLSTON
United States District Senior Judge

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
C 13-2898 SI                           2